UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**Joshua Faust,**

*Plaintiff,*

v.                                              Case No: 5:23-cv-341-GAP-PRL

**Equifax Information Services, LLC,**

*Defendant.*
_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax Information Services, LLC from this case with prejudice.

Dated July 10, 2023,

**SERAPH LEGAL, P. A.**

*/s/ Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866
BScarangella@SeraphLegal.com
Seraph Legal, P. A.
1614 North 19th Street
Tampa, FL 33605
(813) 321-2345
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2023 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866