# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JOSHUA FAUST,

        Plaintiff,

v.                                                          Case No: 5:23-cv-341-GAP-PRL

EQUIFAX INFORMATION
SERVICES LLC,

        Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Settlement (Doc. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 20, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties